**Opinion issued July 9, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00206-CV

———————————

**ARIAN T-ZON MORGAN, Appellant**

**V.**

**JENNIFER DUPAS MORGAN, Appellee**

---

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-217821**

---

## MEMORANDUM OPINION

Appellant, Arian T-Zon Morgan, proceeding pro se, has failed to timely file

his appellate brief. *See* TEX. R. APP. P. 38.6(a)(1), (d), 38.8(a)(1). After the Clerk

of this Court's June 11, 2019 notice warned appellant that his appeal was subject to

dismissal for want of prosecution if he failed to timely file his appellant's brief

within ten days of the date of that notice, appellant failed to timely respond. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file an appellant's brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.